FILED
2019 Apr-03  PM 12:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DONALD WORRELL,** | ) |
| **Plaintiff,** | ) ) ) Civil Action Number |
| vs. | ) **2:17-cv-01546-AKK** |
| **DIVERSIFIED CONSULTANTS, INC.,** | ) ) ) ) |
| **Defendant.** | ) |

## ORDER

Having been informed that the parties have resolved this case, the court **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE**. The court shall retain jurisdiction over the parties until May 13, 2019 for the purpose of enforcing the parties' settlement agreement.

The court further **ORDER**S that the parties shall submit a formal stipulation of dismissal by May 13, 2019. Otherwise, after that date, this case will be deemed dismissed with prejudice.

**DONE** the 3rd day of April, 2019.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE