FILED
2019 Jul-02  AM 09:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **DONALD WORRELL,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) )  **Civil Action No.:** ) **2:17-cv-01546-AKK** |
| **DIVERSIFIED CONSULTANTS, INC., et al.,** | ) ) ) |
| **Defendants.** | ) |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

**COMES NOW** the Plaintiff, Donald Worrell by and through counsel, and respectfully requests this Honorable Court dismiss this case WITH prejudice as follows:

1. The Parties have settled this case.

2. The undersigned overlooked filing this motion and apologizes to this Honorable Court for this oversight.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff respectfully requests this case be dismissed with prejudice, costs taxed as paid.

Respectfully Submitted,

/s/ John G. Watts
**John G. Watts (ASB-5819-t82j)**
**M. Stan Herring (ASB-1074-n72m)**
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattsherring.com
stan@wattsherring.com

**Attorneys for Plaintiff**

# CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Laura C. Nettles (ASB-5805-S63l)
Lloyd, Gray, Whitehead & Monroe
880 Montclair Road, Suite 100
Birmingham, Alabama 35213

Justin Harris Homes
Sessions, Fishman, Nathan & Israel
3850 N. Causeway Blvd., Suite 200,
Metairie, Louisiana 70002

*Attorneys for Defendant Diversified Consultants, Inc.*

/s/ John G. Watts
OF COUNSEL