FILED
2019 Jul-08 PM 01:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **DONALD WORRELL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action Number |
| vs. ) | **2:17-cv-01546-AKK** |
| ) | |
| **DIVERSIFIED CONSULTANTS,** ) | |
| **INC.,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

Consistent with the plaintiff's Motion to Dismiss with Prejudice, doc. 15, the court's order dismissing this action, doc. 14, is revised to reflect that this action is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to term the plaintiff's motion, doc. 15.

**DONE** the 8th day of July, 2019.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE